**IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| FRED W. ALLNUT | * | CASE NO.:1:10-CV-01739-RDB |
|     Appellant | | |
| | * | Appeal From Bankruptcy Case No. 08-26485NVA |
|     v. | | |
| | * | |
| MICHAEL G. RINN, | | |
|     Appellee | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STATEMENT OF MICHAEL G. RINN, CHAPTER 7 TRUSTEE,
ERRONEOUSLY DESIGNATED AS APPELLEE**

NOW Comes Michael G. Rinn, Chapter 7 Trustee, ( " Chapter 7 Trustee') erroneously designated as Appellee and respectfully submits:

1.   As set forth in the record in Bankruptcy Case No. 08- 26485NVA, the dismissal of Case No. 08- 26485NVA the United States Bankruptcy Court for the District of Maryland was a ministerial act of the United States Bankruptcy Court for the District of Maryland. This Dispute did not arise in the context of an adversary proceeding nor contested matter prosecuted by the Chapter 7 Trustee. Accordingly the Chapter 7 Trustee is not a proper nor requisite party to this Appeal and submits all issues are as set forth and contained in the record Case No. 08- 26485NVA the United States Bankruptcy Court for the District of Maryland and that the Chapter 7 Trustee is erroneously designated as Appellee.

2.   Further the Appellant, on June 28, 2010, simultaneously with the filing of the Notice of Appeal from Bankruptcy Court Case No. 08- 26485NVA, presently before this Honorable Court, filed a voluntary Chapter 7 proceeding in the United States Bankruptcy Court for the District of Maryland.  Said case is currently pending and proceeding in the United States Bankruptcy Court for the District of Maryland captioned *In Re: Fred Waters Allnut Case No. 10-24504NVA*. The concurrent filing of In Re: Fred Waters Allnut Case No. 10-24504NVA in the United States Bankruptcy Court for the District of Maryland, would appear to render the matter presently before this Court as moot.

Respectfully Submitted;

Date: August 25, 2010

        /s/   *Michael G. Rinn*
        Michael G. Rinn, Esquire
        Federal Bar No. 01310
        111 Warren Road, Suite 4
        Cockeysville, Maryland  21030
        (410) 683-1040
        rinnoffice@rinn-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  25th  day of  August, 2010 a copy of the foregoing was  mailed, first class mail, postage prepaid to:

Fred Waters Allnutt
10370 Baltimore National Pike
Ellicott City, MD 21042


        /s/   *Michael G. Rinn*
        Michael G. Rinn, Esquire
        Federal Bar No. 01310
        111 Warren Road, Suite 4
        Cockeysville, Maryland  21030
        (410) 683-1040
        rinnoffice@rinn-law.com