IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRED W. ALLNUT | * | |
|     Appellant | | |
| | * | Case No. RDB-10-01739 |
| v. | | |
| | * | Bankruptcy No.: 08-26485NVA |
| MICHAEL G. RINN, | | |
|     Appellee | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM ORDER**

Now pending before this Court is Fred W. Allnut's Appeal of the dismissal of his bankruptcy petition for failure to comply with the filing requirements of 11 U.S.C. §521(e)(2)(A).  This dismissal was clearly a ministerial act of the United States Bankruptcy Court for the District of Maryland, and did not arise in the context of an adversary proceeding, nor any contested matter.  Initially, this Court would note that the named Appellee, Michael G. Rinn, the Chapter 7 Trustee, is not a proper party to this appeal.

The record of this case indicates that the Clerk of the Bankruptcy Court provided notice to Allnut that his bankruptcy case could be dismissed for non-compliance with the filing requirements of 11 U.S.C. §521(e)(2)(A), which requires that the debtor provide to the Trustee a copy of his federal tax return for the most recent year, and no later than seven days before the meeting of creditors.  As a result of Allnut's failure to file this document as required, Bankruptcy Judge Nancy V. Alquist dismissed this case pursuant to Section 521(e)(2)(B).  Allnut then filed multiple subsequent motions, all of which were denied and he has now appealed Judge Alquist's Dismissal Order to this Court.  Furthermore, Allnut has now filed a new bankruptcy case,

captioned *In Re:  Fred Waters Allnut, No. 1024504NVA* which remains pending in the Bankruptcy Court.

The dismissal of the first bankruptcy action was mandated by 11 U.S.C. §521(e)(2). Furthermore, there is now a pending case remaining in the Bankruptcy Court.

Accordingly, for the above reasons, IT IS HEREBY ORDERED This 5th day of October, 2011, that this appeal is DISMISSED as MOOT.

_____/s/_____
Richard D. Bennett
United States District Judge